No. 17,618.

GEORGE MANIATIS *v.* PETER E. STINY.
(289 P. [2d] 638)

Decided October 31, 1955.

Messrs McDougal, Rogers & Sweeney, for plaintiff in error.

Mr. Morris Rutland, for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion. See also Maniatis v. Stiny, 130 Colo. 261.